# Court of Appeals
# of the State of Georgia

ATLANTA,  January 20, 2017

*The Court of Appeals hereby passes the following order:*

**A17E0030. JAMES v. ATLANTA INDEPENDENT SCHOOL SYSTEM et al.**

On December 30, 2016, the trial court denied Shondylon James' petition for writ of certiorari, motion for leave to add parties and partial motion for summary judgment, and granted summary judgment to the defendants, the Atlanta Independent School System and the Atlanta Board of Education on James' claims related to violations of the Georgia Open Records Act. On January 18, 2017, this Court received and docketed James' emergency motion for an extension of time to file her application for discretionary appeal, which is due to be filed in this Court on January 30, 2017. See Court of Appeals Rule 16 (c) ("Requests for extensions of time to file discretionary applications must be directed to this Court and should be filed pursuant to Rule 40 (b), Emergency Motions.")

This Court having reviewed the motion, in which James contends, among other things, the unavailability of certain transcripts and pending court actions, and upon review of the order being appealed, the request for an extension of time to file an application for discretionary appeal is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  01/20/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*